KATHRYN C. ASHTON, State Bar No. 193576
kathryn.ashton@clydeco.us
GABRIELLE A. HOLLINGSWORTH, State Bar No. 292955
gabrielle.hollingsworth@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Lloyd's Syndicate 3624 (Hiscox), erroneously sued as Hiscox, Inc. doing business as Hiscox Insurance Agency in California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BOSCO LEGAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HISCOX INC., doing business as Hiscox Insurance Agency in California and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:18-cv-188 <br><br> CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT OF HISCOX, INC. |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Lloyd's Syndicate 3624 (Hiscox), erroneously sued as "Hiscox, Inc., doing business as Hiscox Insurance Agency in California," makes the following corporate disclosure:

    Lloyd's Syndicate 3624 (Hiscox) is wholly owned by Hiscox Dedicated Corporate Member, Ltd., which is a corporation registered and domiciled in the United Kingdom.  No other entity has more than a 10% ownership interest in Lloyd's Syndicate 3624.

3148491

Pursuant to United States District Court for the Central District of California Civil Local Rule 7.1-1, the undersigned, counsel of record for Hiscox, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

1. Lloyd's Syndicate 3624 (Hiscox);
2. Hiscox Dedicated Corporate Member, Ltd.;
3. Hiscox PLC;
4. Hiscox Ltd.;
5. Investco Limited; and
6. Bosco Legal Services, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 9, 2018

Respectfully submitted,

CLYDE & CO US LLP

By: /s/ Kathryn C. Ashton
Kathryn C. Ashton
Gabrielle A. Hollingsworth
Attorneys for Lloyd's Syndicate 3624 (Hiscox), erroneously sued as Hiscox, Inc., doing business as Hiscox Insurance Agency in California

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

3148491

2

CERTIFICATION OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT